ERIC W. SWANIS
Nevada Bar No. 6840
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone:   (702) 792-3773
Fax:         (702) 792-9002
Email:  swanise@gtlaw.com

*Attorneys for Defendant Golden Entertainment (NV), Inc.*

UNITED STATES DISTRICT COURT

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN MEGGS, Individually, | Case No.:  2:19-cv-773-JAD-BNW |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR GOLDEN ENTERTAINMENT (NV), INC. TO RESPOND TO COMPLAINT** |
| GOLDEN ENTERTAINMENT (NV), INC., a Minnesota Corporation, | |
| Defendant. | **(Second Request)** |

    **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the Plaintiff, John Meggs, and the undersigned counsel for the Defendant, Golden Entertainment (NV), Inc., that the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint [ECF #1], filed May 5, 2019, shall be extended for fourteen (14) days and shall be due on or before August 6, 2019.

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
(702) 792-3773
(702) 792-9002 (fax)

Page **1** of **2**

*ACTIVE 44765879v1*

The parties represent that this stipulation is entered into in good faith and not for the purposes of undue delay.

Dated this 23rd day of July, 2019.                      Dated this 23rd day of July, 2019.


_/s/Lawrence Fuller_____                      _/s/ Eric W. Swanis_____
ROBERT P. SPRETNAK, ESQ.                                ERIC W. SWANIS, ESQ.
Nevada Bar No. 5135                                     Nevada Bar No. 6840
**LAW OFFICES OF ROBERT P.**                            **GREENBERG TRAURIG, LLP**
**SPRETNAK**                                            10845 Griffith Peak Drive, Suite 600
8275 Eastern Ave., Suite 200                            Las Vegas, Nevada 89135
Las Vegas, NV 89123

LAWRENCE FULLER, ESQ. (*pro hac vice*)                  *Attorneys for Defendant Golden Entertainment*
**FULLER, FULLER & ASSOCIATES, P.C.**                   *(NV), Inc.*
12000 Biscayne Boulevard, Suite 502
North Miami, Florida 33181
Lfuller@fullerfuller.com

*Attorneys for Plaintiff John Meggs*


                                                        **IT IS SO ORDERED**.


                                                        _____
                                                        UNITED STATES JUDGE

                                                        Dated this __24__ day of July, 2019.

*ACTIVE 44765879v1*

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
(702) 792-3773
(702) 792-9002 (fax)