ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Fax: (702) 792-9002
Email: swanise@gtlaw.com

*Attorneys for Defendant*
*Golden Entertainment (NV), Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS, Individually,<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN ENTERTAINMENT (NV), INC., a Minnesota Corporation,<br><br>Defendant. | Case No.: 2:19-cv-773-JAD-BNW<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR GOLDEN ENTERTAINMENT (NV), INC. TO RESPOND TO COMPLAINT**<br><br>**(Third Request)** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the Plaintiff, John Meggs, and the undersigned counsel for the Defendant, Golden Entertainment (NV), Inc., that the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint [ECF #1], filed May 5, 2019, shall be extended for seven (7) days and shall be due on or before August 13, 2019. An Amended Complaint is anticipated to be filed by Plaintiff.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

The parties represent that this stipulation is entered into in good faith and not for the purposes of undue delay.

DATED this 6th day of August, 2019.  DATED this 6th day of August, 2019.

**LAW OFFICES OF ROBERT P. SPRETNAK**  **GREENBERG TRAURIG, LLP**

    */s/ Robert P. Spretnak*      */s/ Eric W. Swanis*
ROBERT P. SPRETNAK, ESQ.  ERIC W. SWANIS, ESQ.
Nevada Bar No. 5135  Nevada Bar No. 6840
8275 Eastern Ave., Suite 200  10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89123  Las Vegas, Nevada 89135

LAWRENCE FULLER, ESQ. (*pro hac vice*)  *Attorneys for Defendant Golden Entertainment (NV), Inc.*
**FULLER, FULLER & ASSOCIATES, P.C.**
12000 Biscayne Boulevard, Suite 502
North Miami, Florida 33181
Lfuller@fullerfuller.com

*Attorneys for Plaintiff John Meggs*

    **IT IS SO ORDERED**.

    DATED this 8 day of August, 2019.

    _____
    UNITED STATES MAGISTRATE JUDGE

Page **2** of **2**

*ACTIVE 44765879v1*