**FISHER & PHILLIPS LLP**
BRIAN L. BRADFORD, ESQ.
Nevada Bar No. 9158
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
Facsimile: (702) 252-7411
bbradford@fisherphillips.com
*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS, Individually<br><br>        Plaintiff,<br><br>vs.<br><br>PT'S PUB EAST, SAHARA 3 LLC, a Nevada Limited Liability Company, PT'S PUB SPRING MOUNTAIN 9, LLC, a Nevada Limited Liability Company, PT'S PUB RAINBOW 11, LLC, a Nevada Limited Liability Company, PT'S PUB WARM SPRINGS 13, LLC, a Nevada Limited Liability Company, PT'S PUB MLK 18, LLC, a Nevada Limited Liability Company, and PT'S PUB DESERT INN 42, LLC, a Nevada Limited Liability Company,<br><br>        Defendants. | Case No. 2:19-cv-00773-JAD-BNW<br><br>**AMENDED STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants PT'S PUB EAST, SAHARA 3 LLC, PT'S PUB SPRING MOUNTAIN 9, LLC, PT'S PUB RAINBOW 11, LLC, PT'S PUB WARM SPRINGS 13, LLC, PT'S PUB MLK 18, LLC, and PT'S PUB DESERT INN 42, LLC, will have an extension of time up to and including November 8, 2019 to answer or otherwise respond to Plaintiff's Amended Complaint (ECF #14). The current deadline to answer or otherwise respond to Plaintiff's Amended Complaint is October 25, 2019.

FISHER & PHILLIPS LLP
300 South Fourth Street, Suite 1500
Las Vegas, Nevada 89101

1   This is the first request for an extension of this deadline.

FISHER & PHILLIPS

By: */s/ Brian L. Bradford, Esq.*
   Brian L. Bradford, Esq.
   300 S. Fourth Street
   Suite 1500
   Las Vegas, NV 89101
   Attorneys for Defendant
   Golden Entertainment (NV),
   Inc. d/b/a PT's Pub

By: */s/ Lawrence Fuller, Esq.*
   Lawrence Fuller, Esq. (Pro Hac Vice)
   Fuller, Fuller & Associates, P.C.
   12000 Biscayne Boulevard, Suite 502
   North Miami, Florida 33181

   Robert P. Spretnak, Esq.
   8275 S. Eastern Avenue, Suite 200
   Las Vegas, NV 89123
   Attorneys for Plaintiff

The parties' amended stipulation (ECF No. 25) is GRANTED. The parties' stipulation (ECF No. 24) is DENIED as moot.

**IT IS SO ORDERED**

**DATED: October 29, 2019**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

FP 36426871.1

- 2 -